

June 22, 2022

Hon. Judge James R. Cho
United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   HENNESSY V. CARCAS CAFÉ I LLC et al.
      **DOCKET NO. 1:22-cv-00388-FB-JRC**

Dear Judge Cho:

The undersigned represents William Hennessy, the plaintiff in the above-referenced matter. I write to inform the Court that this case has been settled in principle. Although they did not appear on the docket, the defendants are represented by the Law Offices of Thomas C. York, P.C. The parties are currently in the process of finalizing settlement terms and conditions, and we anticipate filing a Notice of Dismissal with Prejudice within thirty (30) days. As such, the undersigned respectfully requests that the Court allow the parties thirty (30) days for the settlement to be finalized.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy