**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
───────────────────────────────── x

WILLIAM HENNESSY, by and through his   Civil Action No. 1:22-CV-00388
Guardian, JOSEPHINE HENNESSY,

          Plaintiff,

   -against-

CARACAS CAFÉ I LLC                         **NOTICE OF VOLUNTARY**
and 291 GRAND STREET CORP.,                **DISMISSAL WITH PREJUDICE**

          Defendants.
───────────────────────────────── x

    Plaintiff, WILLIAM HENNESSY, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against all named Defendants.

Dated: July 6, 2022

By: _____
Gabriel A. Levy, Esq.
  *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd. Suite 404
Manhasset, NY 11030
(347) 941-4715
Glevy@glpcfirm.com